# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| MFON NSEWO<br><br>Plaintiff,<br><br>v.<br><br>WILMINGTON TRUST, N.A.<br><br><br>Defendant. | Civil Action No. _____ |

## NOTICE OF REMOVAL

COMES NOW, Wilmington Trust, National Association, Not in its Individual Capacity but solely as Trustee for MFRA Trust 2015-1, herein designated by Plaintiff as Wilmington Trust N.A., Defendant (the "Defendant"), who hereby removes this action from the 268th District Court of Fort Bend County, Texas as Case No. 23-DCV- 306564, to the United States District Court for the Southern District of Texas, Houston Division. Removal is based on diversity jurisdiction.   In support of this notice, Defendant states as follows:

### INTRODUCTION

1. On July 28, 2023, Plaintiff sued Defendant for breach of contract and negligent misrepresentation in the 268th District Court of Fort Bend County, Texas as Case No. 23-DCV-306564 to prevent a foreclosure sale of the property located at 7406 Lavaerton Wood Ln., Richmond, TX  77407.   Plaintiff filed an Amended Original Petition on

August 23, 2023, for wrongful foreclosure, determination of fair market value, and to set aside the foreclosure sale.

2. This Notice of Removal is timely because Defendant has not received proper notification of the case or served with process as prescribed under applicable law, making removal proper in accordance with 28 U.S.C. Section 1446(b).

**BASIS FOR REMOVAL – DIVERISTY JURISDICTION**

3. Plaintiff is a citizen of the State of Texas. Defendant is not a citizen of the State of Texas as it is not incorporated in Texas and does not have its principal place of business in Texas. There is complete diversity as to the parties and this removal is authorized under Federal Law pursuant to 28 U.S.C. § 1332.

Plaintiffs' Petition seeks injunctive relief and the value of the property that is the subject of this lawsuit exceeds $75,000.00.

**VENUE**

4. The Southern District of Texas, Houston is the proper place to file this Notice of Removal under 28 U.S.C. § 1446(a) because it is the federal district court that embraces Fort Bend County, Texas which is the place where the original action is pending. Defendant's consent to jurisdiction in the Southern District of Texas, Houston Division. A true and correct copy of the Defendant's consent is attached as **Exhibit A.**

## NOTICE

5.     Pursuant to 28 U.S.C. Section 1446(d), a copy of this Notice is being filed with the Clerk of Court for the 268th District Court of Fort Bend County, Texas as Case No.23-DCV-306564. A true and correct copy of this Notice is attached hereto as **Exhibit B**. The contents of **Exhibit C** constitute the entire file the State Court Action.

## CONCLUSION

WHEREFORE, Defendant files this Notice of Removal and removes the civil action to the United States District Court for the Southern District of Texas, Houston Division.

Respectfully submitted,

GHIDOTTI | BERGER LLP

*/s/ George Scherer*
George Scherer, Esq.
State Bar No. 00784916
16801 Addison Road, Ste. 350
Addison, Texas 75001
Tel: (949) 427-2010 ext. 1029
Fax: (954) 780-5578
Email: gscherer@ghidottiberger.com
**ATTORNEY FOR DEFENDANT**

# EXHIBIT A

# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| MFON NSEWO<br><br>Plaintiff,<br><br>v.<br><br>WILMINGTON TRUST, N.A.<br><br>Defendant. | Civil Action No. _____ |

## DEFENDANT WILMINGTON TRUST N.A. NOTICE OF CONSENT TO REMOVAL

Defendant Wilmington Trust, National Association, Not in Its Individual Capacity but Solely as Trustee for MFRA Trust 2015-1, files this consent under 28 U.S.C. § 1446:

1. Plaintiff's name is MFON NSEWO; consenting Defendant is Wilmington Trust, National Association, Not in Its Individual Capacity but Solely as Trustee for MFRA Trust 2015-1.

2. On July 28, 2023, Plaintiff sued Defendant for declaratory relief, violations of Texas Property Code Section 51.002 et. seq., nuisance, and an accounting in the 268th District Court of Brazoria County, Texas as Case No. 23-DCV-306564. Plaintiff filed his first Amended Original Petition on August 23,2023 alleging entirely new causes of action for wrongful foreclosure, an accounting, and to set aside the August 1,2023 foreclosure sale.

3. Defendant Wilmington Trust, National Association, Not in Its Individual Capacity but Solely as Trustee for MFRA Trust 2015-1, has not received proper notice of the suit or been served

in the manner required by law.

4. Defendant Wilmington Trust, National Association, Not in Its Individual Capacity but Solely as Trustee for MFRA Trust 2015-1, agrees with the notice of removal and consents to removal of this suit to federal court.

5. Defendant Wilmington Trust, National Association, Not in Its Individual Capacity but Solely as Trustee for MFRA Trust 2015-1, is neither incorporated, nor has its corporate headquarters, in the State of Texas.

    Wilmington Trust, National Association, Not in Its Individual Capacity but solely as Trustee for MFRA Trust 2015-1
BY: PLANET HOME LENDING LLC ITS SERVICING AGENT

By: _____

Name:   Thomas O'Connell

Title:   Sr. Vice President of Planet Home Lending, LLC

STATE OF __Connecticut__ §
                             §
COUNTY OF __New Haven__ §

Subscribed and sworn to before me on __September 11__, 2023, by __Thomas O'Connell__.

Notary Public, State of __Connecticut__

DINELIES MARIEL PEREZ MUNOZ
NOTARY PUBLIC
State of Connecticut
My Commission Expires
October 31, 2025

# EXHIBIT B

CAUSE NO. 23-DCV-306564

| | | |
|---|---|---|
| **MFON NSEWO**<br>　　**Plaintiff,** | §<br>§<br>§ | **IN THE DISTRICT COURT** |
| **v.** | §<br>§<br>§ | **FORT BEND COUNTY, TEXAS** |
| | §<br>§ | |
| **WILMINGTON TRUST, NA.**<br>　　**Defendant.** | §<br>§<br>§ | **268TH JUDICIAL DISTRICT** |

## NOTICE OF FILING NOTICE OF REMOVAL

On September 14, 2023, a Notice of Removal in this case, a true and correct copy of which is attached to this Notice, was filed in the Southern District of Texas, Houston Division.

Respectfully submitted,

**GHIDOTTI | BERGER LLP**

*/s/ George Scherer*
George Scherer
State Bar No. 00784916
16801 Addison Road, Ste. 350
Addison, Texas 75001
Tel: (949) 427-2010 ext. 1029
Fax: (954) 780-5578
Email: gscherer@ghidottiberger.com
**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing document was served on the following counsel of record in accordance with the Texas Rules of Civil Procedure on September 14, 2023

By: /s/ George Scherer
George Scherer, Esq

# EXHIBIT C

Case 4:23-cv-03452   Document 1   Filed on 09/14/23 in TXSD   Page 11 of 18

Filed
7/28/2023 1:34 PM
**Beverley McGrew Walker**
District Clerk
Fort Bend County, Texas
Estefani Gonzalez

23-DCV-306564
Cause No.

| | | |
|---|---|---|
| MFON NSEWO, | § | Fort Bend County - 268th Judicial District Court |
| *Plaintiff,* | § | IN THE ____ DISTRICT COURT |
| vs. | § | |
| | § | |
| | § | |
| WILMINGTON TRUST, NA, | § | |
| *Defendant.* | § | FORT BEND COUNTY, TEXAS |

**PLAINTIFF'S ORIGINAL PETITION AND VERIFIED REQUEST FOR TEMPORARY RESTRAINING ORDER**

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW INTO COURT**, Plaintiff, through undersigned counsel, and files this its Plaintiff's Original Petition and Request for Temporary Restraining Order would respectfully show unto the Court the following:

**PARTIES**

Plaintiff is an individual resident of Fort Bend County, Texas.

Defendant is a lender doing business in the state of Texas and may be served with process at 9720 Coit Road, Suite 220, Plano, Texas 75025 or wherever it may be found.

**JURISDICTION AND VENUE**

This court has jurisdiction over both the parties and claims and venue is proper in Fort Bend County pursuant to the Texas Civil Practices and Remedies Code as the property in question is located in Richmond, Texas.

**RULE 47 STATEMENT**

Plaintiff seeks monetary relief of $100,000.00 or less, and non-monetary relief for Defendant's attempt to foreclose on the deed of trust executed by Plaintiff.

**DISCOVERY LEVEL 2**

This matter should proceed under Discovery Level 2 pursuant to the Texas Rules of Civil Procedure.

Copy from re:SearchTX

## RULE 193.7 STATEMENT

Plaintiff hereby puts Defendant on notice Plaintiffs intend to use Defendant's discovery responses as evidence at trial.

## MATERIAL PREDICATE FACTS

Plaintiff is the owner of the property located at 7406 Lavaerton Wood Lane, Richmond, Texas 77407.

Defendant is the Plaintiff's mortgage holder, which is attempting to sell Plaintiff's property on August 1, 2023, through a foreclosure sale.

## CAUSE OF ACTION- BREACH OF CONTRACT

The Texas Property Code 51.0002 and the loan documents in question require a mortgage lender to provide a proper Notice of Default and opportunity to cure given to the borrower. Plaintiff has received a defective notice of default and an improper notice of acceleration of the note as required by both the security documents and the property code. This constitutes a breach of contract for which Plaintiff sues, requesting actual damages, attorney fees and costs of court.

Moreover, the loan documents provide that acceleration and foreclosure are subject to the limitations of HUD regulations which require Defendant to make reasonable efforts to inform Plaintiff of any assistance option before accelerating the note. 24 CFR 203.501, 24 CFR 203.604(b); and 24 CFR 605. Defendant's failure to do so is likewise a breach of contract.

## CAUSE OF ACTION -NEGLIGENT MISREPRESENTATION

A lender can be liable for misrepresentation in the servicing of a mortgage loan, even if made accidentally. Plaintiff asserts the lender made misrepresentations in communicating to Plaintiff the options of loss mitigation, upon which Plaintiff relied to her detriment in a transaction in which Plaintiff had a pecuniary interest. The representations were false when made and Defendant is now attempting to foreclose on Plaintiff's property. Plaintiff has suffered damages for clouding the title, harm to credit reputation and creditworthiness, additional charges to its mortgage and escrow accounts and value of time in remedying the problem.

Defendant has failed to perform its duties as a mortgage servicer by evading and avoiding inquiries about a loan modification and failing to provide workout alternatives.

Copy from re:SearchTX

## REQUEST FOR TEMPORARY RESTRAINING ORDER

Therefore, Plaintiff requests the Court restrain, without notice to the Defendant, its attorneys, agents and assigns and anyone acting in concert with them, from foreclosing on the property located at 7406 Lavaerton Wood Lane, Richmond, Texas 77407 until further order from this Court.

Plaintiff did not receive a proper notice of acceleration, nor a proper notice of default.

Plaintiff failed to receive the proper notices from Defendant and has not ever received a full and proper accounting from the Defendant properly setting forth the alleged events of default. Plaintiff has never received service of this information despite being an owner. As such, Plaintiff has been unable to know how much is actually owed in order to cure the default.

Unless restrained without notice, as requested below, Plaintiff's property could be lost forever, and no amount of money damages could restore Plaintiff to its prior position. Thus, there is no adequate remedy at law.

Therefore, Plaintiff requests the Court restrain, without notice to the Defendant, its attorneys, agents and assigns and anyone acting in concert with them, from foreclosing on the property located at 7406 Lavaerton Wood Lane, Richmond, Texas 77407 until further order from this Court.

As set forth above, Plaintiff will suffer immediate and irreparable harm if Defendant is not enjoined from foreclosing on the property.

Plaintiff also requests, after the TRO is issued, that the Court set this matter for a hearing on a Temporary Injunction to govern the conduct of the parties pending the outcome of this litigation.

Plaintiff is prepared to post a bond as set by the Court.

## REQUEST FOR RULE 194 DISCLOSURE

Plaintiff, by and through counsel of record, serves this request for disclosure on counsel for Defendant. Pursuant to Tex. R. Civ. P. 194, Defendant is requested to disclose the information or material described in Tex. R. Civ. P. 194.2, *(a)-(l)*. The response shall be returned to attorney Thomas C. Barron by mail at P.O. Box 141323, Dallas, Texas 75214 or by fax at 214.855.6633 within thirty (30) days of service of this request. Please serve copies of all relevant documents and other tangible items with your response in accordance with Rule 194.4. Furthermore, you are under the duty to supplement your response in accordance with Rule 193.5.

## PRAYER

Wherefore Premises considered, Plaintiff respectfully prays this matter be set for a hearing, and upon final trial thereof, Plaintiff be granted a judgment against Defendant on its claims as well as for attorney fees, costs of court and pre- and post-judgment interest as required

Copy from re:SearchTX

by law. In addition, Plaintiff requests a Temporary Restraining Order be issued, without notice as set forth herein against Defendant and its attorneys, their agents and assigns and anyone acting in concert with them, restraining all from foreclosing on the property located at 7406 Lavaerton Wood Lane, Richmond, Texas 77407 until further order from this Court. Plaintiff also requests, after the TRO is issued, that the Court set this matter for a hearing a Temporary Injunction to govern the conduct of the parties pending the outcome of this litigation and for all other and further relief, at law or in equity, to which Plaintiff show itself justly entitled.

Respectfully submitted,
/s/ *Thomas C. Barron*

**Law Offices of Thomas C. Barron**
SBOT #01821290
P.O. Box 141323
Dallas, Texas  75214
(214) 855-6631
(214) 855-6633Telecopier)

tbarron@barronlawfirm.com

**ATTORNEYS FOR PLAINTIFF**


### DECLARATION OF MFON NSEWO

"My name is Mfon Esewo.  My date of birth is 1-8-47. I am the Plaintiff in the above cause. I am over the age of twenty-one years and have never been convicted of a crime involving moral turpitude. I reside at 7406 Lavaerton Wood Lane, Richmond, Texas 77407. I declare the information contained in this Application for Temporary Injunction is within my personal knowledge and is true and correct. I sign this declaration under penalties of perjury.

Signed this 2nd day of March 2023 in Richmond, Texas.

*Mfon Nsewo*
**MFON NSEWO**

Copy from re:SearchTX

Filed
7/31/2023 12:00 AM
**Beverley McGrew Walker**
District Clerk
Fort Bend County, Texas
Salena Jasso

Cause No. 23-DCV-306564

| | | |
|---|---|---|
| MFON NSEWO, | § | IN THE 268TH DISTRICT COURT |
| *Plaintiff,* | § | |
| *vs*. | § | |
| | § | |
| | § | |
| WILMINGTON TRUST, NA, | § | |
| *Defendant.* | § | FORT BEND COUNTY, TEXAS |

## TEMPORARY RESTRAINING ORDER

CAME ON TO BE HEARD ON THIS DAY Plaintiff's Request for Temporary Restraining Order.

The Court makes the following findings:

This court has jurisdiction over both the parties and claims and venue is proper in Fort Bend County pursuant of the Texas Civil Practices and Remedies Code as the property in question is located in Fort Bend County, Texas

Plaintiff is the owner of the property located at 7406 Lavaerton Wood Lane, Richmond, Texas 77407.

Plaintiff would be immediately harmed if the Defendant is not restrained from selling the property located at 7406 Lavaerton Wood Lane, Richmond, Texas 77407.

Plaintiff has a probable right to recover on her claims and will suffer immediate and irreversible harm if Defendant is not restrained and the injury will be irreparable. There is no adequate remedy at law as the property is unique.

Therefore, the Court restrains, without notice to the Defendant, their attorneys, agents and assigns and anyone acting in concert with them, from selling the property located at 7406 Lavaerton Wood Lane, Richmond, Texas 77407 until further order from this Court.

The Court sets the bond at $_____.00

The Court sets this matter for a hearing on a Temporary Injunction to govern the conduct of the parties pending the outcome of this litigation on _____, 2023 at __ o'clock __.m.

Signed this ___day of July 2023 at _____.m.

_____
**Hon. Steve Rogers**

ROUTED TO COURT
RT'D TO D. CLERK
7/31/23 SJ
7/31/23  eg
Copy from re:SearchTX

Case 4:23-cv-03452   Document 1   Filed on 09/14/23 in TXSD   Page 16 of 18

Filed
8/23/2023 5:28 PM
**Beverley McGrew Walker**
District Clerk
Fort Bend County, Texas
Sylvie Le

Cause No. 23-DCV-306564

| | | |
|---|---|---|
| MFON NSEWO, | § | IN THE 268TH DISTRICT COURT |
| *Plaintiff,* | § | |
| vs. | § | |
| | § | |
| | § | |
| WILMINGTON TRUST, NA, | § | |
| *Defendant.* | § | FORT BEND COUNTY, TEXAS |

## PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW INTO COURT**, Plaintiff, through undersigned counsel, and files this its Plaintiff's First Amended Original Petition and would respectfully show unto the Court the following:

### PARTIES

Plaintiff is an individual resident of Fort Bend County, Texas.

Defendant is a lender doing business in the state of Texas and may be served with process at 9720 Coit Road, Suite 220, Plano, Texas 75025 or wherever it may be found.

### JURISDICTION AND VENUE

This court has jurisdiction over both the parties and claims and venue is proper in Fort Bend County pursuant to the Texas Civil Practices and Remedies Code as the property in question is located in Richmond, Texas.

### RULE 47 STATEMENT

Plaintiff seeks monetary relief of $100,000.00 or less, and non-monetary relief for Defendant's attempt to foreclose on the deed of trust executed by Plaintiff.

### DISCOVERY LEVEL 2

This matter should proceed under Discovery Level 2 pursuant to the Texas Rules of Civil Procedure.

Copy from re:SearchTX

## RULE 193.7 STATEMENT

Plaintiff hereby puts Defendant on notice Plaintiffs intend to use Defendant's discovery responses as evidence at trial.

## MATERIAL PREDICATE FACTS

Plaintiff is the owner of the property located at 7406 Lavaerton Wood Lane, Richmond, Texas 77407.

Defendant is the Plaintiff's mortgage holder, which sold Plaintiff's property on August 1, 2023, through a foreclosure sale.

## CAUSES OF ACTION

### A. WRONGFUL FORECLOSURE

Defendant's failure to obtain an appropriate bid price due to the chilled bidding and to provide Plaintiff with proper notice of the foreclosure sale - the bid being far below the fair market value of the properties- constitute a wrongful foreclosure of Plaintiff's properties for which Plaintiff seeks redress from this Court in the form of a money judgment for damages against Defendant as well as an order setting aside the foreclosure.

### B. SUIT TO DETERMINE FAIR MARKET VALUE

Pursuant to Texas Property Code 51.004, Plaintiff seeks a determination of the fair market value of the properties as of the date of the foreclosure sale. Plaintiff believes the bid prices at the foreclosure sale is below the fair market value of the property and can prove the same by competent evidence.

### C. SUIT TO SET ASIDE THE FORECLOSURE SALE

Plaintiff incorporates by reference the allegations set forth above and incorporates the same reference as if fully set forth herein at length. Additionally, Plaintiff requests the Court to set aside the foreclosure sale as being improperly held, no proper notice given to Plaintiff, an inadequate price obtained and conducted, and an impermissibly low bid obtained.

Copy from re:SearchTX

### D. SUIT FOR DECLARATORY JUDGMENT

Plaintiff seeks a declaration declaring the foreclosure sale a nullity for the reasons set forth hereinabove.

### PRAYER

Wherefore Premises considered, Plaintiff respectfully prays this matter be set for a hearing, and upon final trial thereof, Plaintiff be granted a judgment against Defendant on its claims as well as for attorney fees, costs of court and pre- and post-judgment interest as required by law and for all other and further relief, at law or in equity, to which Plaintiff show itself justly entitled.

Respectfully submitted,
/s/ *Thomas C. Barron*

**Law Offices of Thomas C. Barron**
**SBOT #01821290**
P.O. Box 141323
Dallas, Texas 75214
(214) 855-6631
(214) 855-6633Telecopier)

tbarron@barronlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

Copy from re:SearchTX